4

United States District Court
Southern District of Texas
FILED

JUN 2 0 2003

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

BROWNSVILLE DIVISION

YOLANDA P. VELA AND                    *
ROBERTO VELA, Jr.

    Plaintiffs

VS.                                    *       C.A. NO. B-03-106


BANK ONE, N.A.
    Defendant                          *


## PLAINTIFFS' LIST OF ENTITIES FINANCIALLY INTERESTED IN LITIGATION

TO THE HONORABLE JUDGE OF SAID COURT:

    COMES NOW, Plaintiff YOLANDA P. VELA and ROBERTO VELA, JR., and file this their List of Entities Financially Interested in Litigation pursuant to the Court's Order and would respectfully show the Court as follows:

    1.    <u>BANK ONE, N.A.</u>
        Chicago, Illinois

        Hon. S. David Smith
        Hirsch & Westheimer
        700 Louisiana, 25th Floor
        Houston, Texas 77002
        (713) 220-9147

Respectfully submitted,

ALFREDO PADILLA
Federal Bar No. 3840
Texas State Bar No. 15404600
Attorney for Plaintiffs
  YOLANDA P. VELA and
  ROBERTO VELA, JR.
1000 E. Van Buren
Brownsville, Texas 78520
(956) 544-7100
Fax (956) 544-0647

**PLAINTIFFS' LIST OF ENTITIES FINANCIALLY INTERESTED
IN LITIGATION**                                                    2

## CERTIFICATE OF SERVICE

The undersigned certifies that a true and correct copy of the foregoing document has been delivered by mailing a copy, United States postage, prepaid on the 20th day of June, 2003, to the following:

> Hon. S. David Smith
> Attorney at Law
> Hirsch & Westheimer
> 700 Louisiana, 25th Floor
> Houston, Texas 77002

ALFREDO PADILLA

**PLAINTIFFS' LIST OF ENTITIES FINANCIALLY INTERESTED IN LITIGATION**                                                                  3