IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

JUN 2 3 2003

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| YOLANDA P. VELA | § | |
| AND ROBERT VELA, JR. | § | |
| | § | CIVIL ACTION NO. B-03-106 |
| VS. | § | |
| | § | |
| BANK ONE, NA | § | |

## CERTIFICATE OF SERVICE IN REMOVED ACTION

I certify that on June 11, 2003, I served all counsel of record in this lawsuit, via certified mail, return receipt requested no. 7001 2510 0000 4631 5629, copies of the Order of Conference and Joint Discovery/Case Management Plan for Judge Hanen which were issued by the Court following removal of this case.

Respectfully submitted,

By: _____
S. David Smith
State Bar No. 18682550
Bank of America Center
700 Louisiana, 25th Floor
Houston, Texas 77002
Telephone: (713) 220-9147
Telecopier: (713) 223-9319

OF COUNSEL:
HIRSCH & WESTHEIMER, P.C.
Bank of America Center
700 Louisiana, 25th Floor
Houston, Texas 77002
Telephone: (713) 223-5181
Telecopier: (713) 223-9319

ATTORNEY IN CHARGE FOR
DEFENDANT BANK ONE, NA

950565.20030426/192010.01

## CERTIFICATE OF SERVICE

I, S. David Smith, hereby certify that on the __19th__ day of June, 2003 a true and correct copy of the Certificate of Service in Removed Action was served upon Plaintiffs' as follows:

Mr. Alfredo Padilla
1000 E. Van Buren
Brownsville, Texas 78520
*C.M.R.R.R.* #7001 3510 0000 4831 5599

_____
S. David Smith