United States District Court
Southern District of Texas
FILED

JUN 2 3 2003

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| YOLANDA P. VELA<br>AND ROBERT VELA, JR.<br><br>VS.<br><br>BANK ONE, NA | §<br>§<br>§<br>§<br>§<br>§ | CIVIL ACTION NO. B-03-106 |

## CERTIFICATE OF INTERESTED PERSONS

Defendant, Bank One, NA files its Certificate of Interested Persons:

I.

The undersigned counsel of record states to the best of his knowledge that the following is a full and complete list of all entities, including parent, subsidiary, and affiliated corporations, that are financially interested in the outcome of this litigation:

> Yolanda P. Vela
> Robert Vela, Jr.
> Bank One, NA

II.

The undersigned counsel of record further certifies that the following is a full and complete list of all persons and firms serving as attorneys for the parties in this proceeding:

> Mr. Alfredo Padilla
> State Bar No. 15404600
> 1000 E. Van Buren
> Brownsville, Texas 78520
> Phone: (956) 544-7100
> Fax:   (956) 544-0647
> Counsel for Yolanda P. Vela and Robert Vela, Jr.

950565 20030426/192003 01

        S. David Smith
        State Bar No. 18682550
        Hirsch & Westheimer, P. C.
        700 Louisiana, 25th Floor
        Houston, Texas 77002
        Telephone: (713) 220-9153
        Facsimile: (713) 223-9319
        Counsel for Bank One, NA

Submitted this 19th day of June, 2003.

        Respectfully submitted,

        By: _____
        S. David Smith
        State Bar No. 18682550

OF COUNSEL:        Bank of America Center
HIRSCH & WESTHEIMER, P.C.        700 Louisiana, 25th Floor
Bank of America Center        Houston, Texas 77002
700 Louisiana, 25th Floor        Telephone: (713) 220-9147
Houston, Texas 77002        Telecopier: (713) 223-9319
Telephone: (713) 223-5181
Telecopier: (713) 223-9319        ATTORNEY IN CHARGE FOR
        DEFENDANT BANK ONE, NA

## CERTIFICATE OF SERVICE

I, S. David Smith, hereby certify that on the 19th day of June, 2003 a true and correct copy of the Certificate of Interested Persons was served upon Plaintiffs' as follows:

        Mr. Alfredo Padilla
        1000 E. Van Buren
        Brownsville, Texas 78520
        C.M.R.R.R. #7001 2510 0000 4631 5594

        _____
        S. David Smith