# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS

### NOTICE OF RE-SETTING

United States District Court
Southern District of Texas
ENTERED

AUG 2 5 2003

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| YOLANDA P. VELA, ET AL | § |
| | § |
| VS. | § CIVIL ACTION NO. B-03-106 |
| | § |
| BANK ONE, NA | § |

TYPE OF CASE.        __X__ CIVIL                                            ____ CRIMINAL

TAKE NOTICE that the proceeding in this case has been re-set as indicated below:

TYPE OF PROCEEDING:  **INITIAL PRETRIAL CONFERENCE**

LOCAL RULE 2C SETS FORTH CERTAIN INFORMATION REQUIRED OF THOSE SIGNING PLEADINGS. PLEASE COMPLY WITH THIS RULE.

PLACE:                                                                                              ROOM NO.:

**UNITED STATES FEDERAL COURTHOUSE**                  **THIRD FLOOR COURTROOM, #6**
**600 E. HARRISON STREET**
**BROWNSVILLE, TEXAS**

DATE AND TIME PREVIOUSLY SCHEDULED:                       RESET TO DATE AND TIME:

**October 10, 2003 @ 9:30 a.m.**                                           **October 17, 2003 @ 9:30 a.m.**

MICHAEL N. MILBY, CLERK

BY: _Irma A. Soto_
Irma A. Soto, Deputy Clerk

DATE: August 22, 2003

TO: ALL COUNSEL OF RECORD