United States District Court
Southern District of Texas
FILED

SEP 0 8 2003

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

YOLANDA P. VELA & §
ROBERT VELA, JR., §
 §
 §           CIVIL ACTION NO. B-03-106
VS. §
 §
BANK ONE, NA, §

JOINT DISCOVERY/CASE MANAGEMENT PLAN UNDER
RULE 26(f) OF THE FEDERAL RULES OF CIVIL PROCEDURE

1. State where and when the meeting of the parties required by Rule 26(f) was held, and identify the counsel who attended for each party.

   Telephone conference August 6, 2003

   In attendance:   Alfredo Padilla, Attorney for Plaintiff
   S. David Smith, Attorney for Defendants

2. List the cases related to this one that are pending in any state or federal court with the case number and court.

   N/A

3. <u>Briefly</u> describe what this case is about.

   The Plaintiffs claim to have received a release from Bank One as to Bank One's security interest in a vehicle, including receipt of the original title. Bank One takes the position that its interest was not released. The vehicle was repossessed and sold. Plaintiffs have sued under the theories of negligence, DTPA, conversion, etc.

4. Specify the allegation of federal jurisdiction.

   Diversity [28 USC §1332(a)].

5. Name the parties who disagree and the reasons.

   N/A

950565.20030426/196170.01

6.  List anticipated additional parties that should be included, when they can be added, and by whom they are wanted.

    None

7.  List anticipated interventions.

    None

8.  Describe class-action issues.

    None

9.  State whether each party represents that it has made the initial disclosures required by Rule 26(a). If not, describe the arrangements that have been made to complete the disclosures.

    No. The parties will exchange disclosures on or before **September 15, 2003**.

10. Describe the proposed agreed discovery plan, including:

    A.  Responses to all the matters raised in Rule 26(f).

        The parties anticipate no changes to the timing or requirements of Rule 26(f) except as disclosed herein.

    B.  When and to whom the plaintiff anticipates it may send interrogatories.

        Plaintiff will send interrogatories on or before **October 1, 2003** to Bank One.

    C.  When and to whom the defendant anticipates it may send interrogatories.

        Defendant will send interrogatories on or before **October 1, 2003** to Plaintiff.

    D.  Of whom and by when the plaintiff anticipates taking oral depositions.

        Plaintiff anticipates taking the depositions of the designated representative(s) of Defendant by **November 15, 2003**.

950565.20030426/196170.01

E.  Of whom and by when the defendant anticipates taking oral depositions.

Defendant anticipates taking the depositions of the Plaintiffs on **August 20, 2003.** Defendant anticipates taking the depositions of Plaintiffs damages witnesses by **November 30, 2003.**

F.  When the plaintiff (or the party with the burden of proof on an issue) will be able to designate experts and provide the reports required by Rule 26(a)(2)(B), and when the opposing party will be able to designate responsive experts and provide their reports.

Plaintiff – **December 1, 2003**

Counter-Plaintiff – **December 1, 2003**

Defendant – **December 15, 2003**

G.  List expert depositions the plaintiff (or the party with the burden of proof on an issue) anticipates taking and their anticipated completion date. See Rule 26(a)(2)(B) (expert report).

None

H.  List expert depositions the opposing party anticipates taking and their anticipated completion date. See Rule 26(a)(2)(B) (expert report).

None

11. If the parties are not agreed on a part of the discovery plan, describe the separate views and proposals of each party.

N/A

12. Specify the discovery beyond initial disclosures that has been undertaken to date.

Defendant intends to take the depositions of Plaintiff on August 20, 2003, otherwise, none.

13. State the date the planned discovery can reasonably be completed.

**January 31, 2004**

14. Describe the possibilities for a prompt settlement or resolution of the case that were discussed in your Rule 26(f) meeting.

>   Plaintiffs have made an offer. Defendant will take depositions of the Plaintiffs in order to adequately respond to the offer.

15. Describe what each party has done or agreed to do to bring about a prompt resolution.

>   See number 14 above.

16. From the attorneys' discussion with the client, state the alternative dispute resolution techniques that are reasonably suitable, and state when such a technique may be effectively used in this case.

>   Informal settlement conference after the depositions of the Plaintiffs. If no settlement, mediation will be scheduled at the convenience of the parties no later than **December 31, 2003**.

17. Magistrate judges may now hear jury and non-jury trials. Indicate the parties' joint position on a trial before a magistrate judge.

>   The parties oppose a trial before a magistrate judge.

18. State whether a jury demand has been made and if it was made on time.

>   No jury demand has been filed thus far.

19. Specify the number of hours it will take to present the evidence in this case.

>   12 to 15 total.

20. List pending motions that could be ruled on at the initial pretrial and scheduling conference.

>   None thus far. However, Defendant anticipates filing for Summary Judgment after taking the depositions of the Plaintiffs.

21. List other motions pending.

>   None

950565.20030426/196170.01

22. Indicate other matters peculiar to this case, including discovery, that deserve the special attention of the court at the conference.

   None

Respectfully submitted,                                        Respectfully submitted,

HIRSCH & WESTHEIMER, P. C.

By: *[signature]*                                              By: *[signature]*
S. David Smith                                                 Alfredo Padilla**
State Bar No. 18682550                                         Federal Bar No. 3840
700 Louisiana, 25th Floor                                      State Bar No. 15404600
Houston, Texas 77002                                           1000 E. Van Buren
(713) 220-9147; fax (713) 223-9319                             Brownsville, Texas 78520
                                                               (956) 544-7100; fax (956) 544-0647

Attorney in charge for Defendants                              Attorney in charge for Plaintiff
                                                               ***Signed by permission*

950565.20030426/196170.01