United States District Court
Southern District of Texas
FILED

OCT 1 7 2003

Michael N. Milby
Clerk of Court

THE HONORABLE, ANDREW S. HANEN, U. S. DISTRICT JUDGE

INITIAL PRETRIAL AND SCHEDULING CONFERENCE
HELD TELEPHONICALLY)

CIVIL ACTION NO. B-03-106    DATE & TIME 10/17/03 @ 10:00-10:06 am

COUNSEL:

| YOLANDA VELA, ET AL | § | Alfredo Padilla |
|---|---|---|
| VS | § | |
| BANK ONE NA | § | SAM DAVID SMITH |

Courtroom Deputy: Irma Soto
Law Clerk:
Court Reporter: Barbara Barnard
CSO:

Case called on the docket. Alfredo Padilla appeared telephonically for the Plaintiffs. Sam D. Smith appeared telephonically for the Defedant.

Parties announced to the Court that the case has settled. Paperwork will be submitted within 45 days.

Court is adjourned.