IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
— BROWNSVILLE DIVISION —

United States District Court
Southern District of Texas
ENTERED

DEC 0 4 2003

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| YOLANDA P. VELA & ROBERT VELA, JR.<br>Plaintiffs, | §<br>§<br>§ | |
| VS. | § | CIVIL ACTION NO. B-03-106 |
| BANK ONE, NA<br>Defendants. | §<br>§<br>§ | |

### ORDER

The parties having earlier announced to the Court that this matter has been settled are granted until January 5, 2004, to file with this Court the necessary paperwork to dispose of this matter. If the papers are unable to comply with this Order, the parties are hereby ordered to appear in person on January 6, 2004, at 8:00 a.m. to explain their inability to comply with this Order.

Signed this 2nd day of December, 2003.

Andrew S. Hanen
United States District Judge