United States District Court
Southern District of Texas
FILED

DEC 3 1 2003

Michael N. Milby
Clerk of Court

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

BROWNSVILLE DIVISION

YOLANDA P. VELA &              *
ROBERT VELA, JR.

VS.                            *      CIVIL ACTION NO. B-03-106

BANK ONE, N.A.                 *

## STIPULATION OF DISMISSAL

Plaintiffs YOLANDA P. VELA and ROBERT VELA, JR., and Defendant

BANK ONE, N.A. file this stipulation of dismissal under Federal

Rule of Civil Procedure 41(a)(1)(ii).

YOLANDA P. VELA, ROBERT VELA, JR. and BANK ONE, N.A. move to

dismiss with prejudice any and all claims against each other.

Respectfully submitted,


ALFREDO PADILLA
Attorney for Plaintiffs
  YOLANDA P. VELA and
  ROBERT VELA, JR.
Federal Bar No. 3840
State Bar No. 15404600
1000 E. Van Buren
Brownsville, Texas 78520
Telephone (956) 544-7100
Telecopier (956) 544-0647


HIRSCH & WESTHEIMER, P.C.
700 Louisiana, 25th Floor
Houston, Texas 77002-2728
Telephone (713) 223-5181
Telecopier (713) 223-9319

By: _____
  S. DAVID SMITH
    State Bar No. 18682550
    Attorney for Defendant
    BANK ONE, N.A.

HIRSCH & WESTHEIMER, P.C.
700 Louisiana, 25th Floor
Houston, Texas 77002-2728
Telephone (713) 223-5181
Telecopier (713) 223-9319

By: _____
     DAVID SMITH
     State Bar No. 18682550
     Attorney for Defendant
     Bank One, N.A.

ORDER ON STIPULATION OF DISMISSAL                                          2