12

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

JAN 0 8 2004

Michael N. Milby, Clerk of Court
By Deputy Clerk _____

| | | |
|---|---|---|
| YOLANDA P. VELA & ROBERT VELA, JR. | * | |
| VS. | * | CIVIL ACTION NO. B-03-106 |
| BANK ONE, N.A. | * | |

## ORDER ON STIPULATION OF DISMISSAL

After considering the Stipulation of Dismissal of Plaintiffs YOLANDA P. VELA and ROBERT VELA, JR. and Defendant BANK ONE, N.A. the Court:

GRANTS the motion and dismisses with prejudice any and all claims asserted by Plaintiffs YOLANDA P. VELA and ROBERT VELA, JR. against BANK ONE, N.A.

SIGNED on _____, 2004.

_____
U.S. DISTRICT JUDGE

APPROVED & ENTRY REQUESTED:

_____
ALFREDO PADILLA
Attorney for Plaintiffs
YOLANDA P. VELA and
ROBERT VELA, JR.
Federal Bar No. 3840
State Bar No. 15404600
1000 E. Van Buren
Brownsville, Texas 78520
Telephone (956) 544-7100
Telecopier (956) 544-0647

ORDER ON STIPULATION OF DISMISSAL                                             1